BGW#: 119281

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

IN RE:  
Jose Mata, aka Jose Atilano Mata  
Ana Mata, aka Ana Maria Mata-Olivarez  
    Debtors  
_____  

Case No. 10-37624-DOT

Chapter 13

US Bank National Association  
    Movant  

v.  

Jose Mata, aka Jose Atilano Mata  
Ana Mata, aka Ana Maria Mata-Olivarez  
    Debtor/Respondent  

and  
Carl M. Bates  
    Trustee/Respondent  

_____

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC4 to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 6706 Mason Dale Circle, Richmond, VA 23234, and more particularly described as follows:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, LYING AND BEING IN DALE DISTRICT, CHESTERFIELD COUNTY, VIRGINIA, AND DESIGNATED AS LOT 105, IN BLOCK B, SECTION D, MASON WOODS SUBDIVISION, AS SHOWN ON PLAT MADE BY BALZER & ASSOCIATES, INC., DATE MAY 15, 1987, AND RECORDED AUGUST 27, 1987, IN PLAT BOOK 58, PAGE 20, TO WHICH REFERENCE IS MADE FOR A MORE PARTICULAR DESCRIPTION OF SAID PROPERTY.,

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Stephen B. Wood, VSB #26518  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463  
*Attorney for the Movant*

DONE at Richmond, Virginia, this _____ day of _____, 2011.

                                                              _____
Honorable Douglas O. Tice, Jr.
United States Bankruptcy Judge
Entered on Docket: _____

**WE ASK FOR THIS:**

*/s/ Stephen B. Wood*
Stephen B. Wood, VSB #26518
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

**SEEN AND AGREED:**

*/s/ Richard James Oulton*
Richard James Oulton, Esq.
P.O. Box 5928
Glen Allen, VA 23058
*Counsel for the Debtor*

**SEEN AND AGREED:**

*/s/ Carl M. Bates*
Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218
*Chapter 13 Trustee*

Copy to:

Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Richard James Oulton, Esq.

P.O. Box 5928
Glen Allen, VA  23058

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Copy mailed to:

Jose Mata aka Jose Atilano Mata
6706 Mason Dale Circle
Richmond, VA  23234

Ana Mata aka Ana Maria Mata-Olivarez
6706 Mason Dale Circle
Richmond, VA  23234

## **CERTIFICATION**

The undersigned certifies that:

1. The foregoing Order Granting Relief from Stay is identical to the form order required by Standing Order No. 10-2 and that no modifications, additions, or deletions have been made; and

2. The foregoing Order Granting Relief from Stay has been endorsed by or on behalf of all necessary parties and counsel herein pursuant to Local Rule 9022-1.

  */s/ Stephen B. Wood*
 Stephen B. Wood
 Attorney for Movant

RELIEF−ED.CONDATT