UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:

JOSE ATILANO MATA and                                  Chapter 13
ANA MARIA MATA-OLIVAREZ,                               Case No. 10-37624-DOT

        Debtors.

WELLS FARGO DEALER SERVICES, INC.
f/k/a WACHOVIA DEALER SERVICES, INC.,

        Movant,

v.                                                     CMN_____

JOSE ATILANO MATA and
ANA MARIA MATA-OLIVAREZ, Debtors
ELIZABETH CARMELA MATA, Co-Debtor

and

CARL M. BATES, Trustee,

        Respondents.

## CONSENT ORDER MODIFYING AUTOMATIC STAY

This matter was before the Court on December 7, 2011, on the Motion of Wells Fargo Dealer Services, Inc. f/k/a Wachovia Dealer Services, Inc. ("Creditor"), for relief from stay with respect to certain personal property, *to-wit*:  1999 Infiniti I30-V6 Sedan 4D vehicle, Vehicle Identification Number JNKCA21A2XT751752.

Peter S. Lake, Esquire
(VSB #30495)

McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA  23462
757-461-2500

Upon consideration of which, it is

**ORDERED**:

1. The Debtors shall modify the Chapter 13 Plan of Reorganization so as to include the entire claim of Creditor in the amount of $4,083.93 plus attorney fees and costs in the amount of $350.00 and $176.00 respectively to be paid by the amended Chapter 13 Plan of Reorganization. Said Plan will be filed within fifteen days of entry of this Order, or relief shall be granted as to Debtor and Co-Debtor.

2. Relief is granted as to Elizabeth Carmela Mata, the co-debtor, from the automatic stay imposed by § 1301(a) to the same extent and on the same terms and conditions as granted as to the debtor.

ENTER:_____

                                                                JUDGE

WE ASK FOR THIS:

/s/ Peter S. Lake
Peter S. Lake, Esquire
Counsel for Wells Fargo Dealer Services,
Inc. f/k/a Wachovia Dealer Services, Inc.

SEEN AND AGREED:

/s/ Robert B. Duke, on behalf of
Richard James Oulton
Richard James Oulton, Esquire

Counsel for Debtors

SEEN:

/s/ Carl M. Bates
Carl M. Bates, Trustee

## CERTIFICATE OF ENDORSEMENT

Pursuant to Local Rule 9022-1(c)(1), the undersigned hereby certifies that this Order has been endorsed by all the necessary parties.

/s/ Peter S. Lake
Peter S. Lake, Esquire

## CERTIFICATION

The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order No. 10-2 and that no modification, addition, or deletion has been made except as permitted by such form.

/s/ Peter S. Lake
Peter S. Lake, Esquire
Attorney for Movant

Peter S. Lake, Esquire
(VSB #30495)

McKenry, Dancigers, Dawson & Lake, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA  23462
757-461-2500

**PARTIES TO RECEIVE COPIES**:


Richard James Oulton, Esquire
P. O. Box 5928
Glen Allen, VA   23058


Carl M. Bates, Trustee
P. O. Box 1819
Richmond, VA   23218


Jose Atilano Mata and
Ana Maria Mata-Olivarez
6706 Mason Dale Circle
 Richmond, VA   23234


Elizabeth Carmela Mata
6706 Mason Dale Circle
Richmond, VA   23234


Peter S. Lake, Esquire
192 Ballard Court, Suite 400
Virginia Beach, VA   23462